IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>LASER BONDING TECH., INC., a Canadian corporation,<br><br>Defendant. | Civil Action No.<br><br>COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION |

Plaintiff Laughing Rabbit, Inc., doing business as LRI (hereinafter "LRI"), for its complaint against Defendant Laser Bonding Tech., Inc., doing business as "Bondic" or "Inventor's Finest" (hereinafter "Bondic") alleges as follows.

## THE PARTIES

1.   Plaintiff LRI is a corporation of the State of Oregon, having a business address of 20448 Highway 36, Blachly, Oregon 97412.

2.   On information and belief, Defendant Bondic is a Canadian corporation, having a business address of 235 Industrial Parkway S, Unit 18, Aroura, Ontario, L4G 3V5 Canada.

3.   On information and belief, Defendant Bondic occasionally does business under its corporate name.

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 1
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

4. On information and belief, Defendant Bondic is also doing business under the fictitious names "Bondic" and "notaglue.com".

## JURISDICTION AND VENUE

5. This civil action arises under the federal unfair competition laws of the United States, 15 U.S.C. § 1125(a) [Lanham Act § 43(a)]; The Federal Trademark Laws of the United States; 15 U.S.C. § 1114 [Lanham Act § 32]; and under the Washington State Consumer Protection Act R.C.W. 19.86.020, *et seq.* Thus, this Court has jurisdiction of this civil action under 28 U.S.C. §§ 1338(a) and 1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367(a)

6. Venue with respect to the Defendant is properly laid in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(1) because the Defendant resides in the Western District of Washington within the meaning of 28 U.S.C. § 1391(c)(2) because the Defendant is doing business and has committed acts of infringement within this judicial district. Venue is also proper pursuant to 28 U.S.C. § 1391(c)(3) in that the Defendant is not a resident of the United States.

## FACTS COMMON TO ALL COUNTS

7. LRI is a manufacturer and wholesale distributor of specialty lighting products including light emitting diode (hereinafter "LED") flashlights referred to as the "Photon Micro-Light®" or Photon® I, II, and III products. An exemplary image of LRI's Photon Micro-Light® is shown below:



COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 2
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

8. LRI has since at least as early as 1994 made, sold, and transported in interstate commerce, and throughout the State of Washington, millions of its Photon® products such as shown above. LRI's customers for these products include Recreational Equipment, Inc., Army-Air Force Exchanges, Meijers, Sport Chalet, L.L. Bean, Q.V.C., Amazon.com and other national retailers. LRI's Photon® products are also available online through www.photonlight.com.

9. LRI sells its Photon Micro-Light® in packaging readily displaying its product configuration, for example including the packaging below.



10. LRI's Photon® product configuration for its Photon Micro-Light® is primarily non-functional and visually distinctive, is prominently displayed to LRI's customers and to the purchasing public through packaging shown above, and is recognized by LRI's customers as an indicator of source. LRI's use of the Photon® design has been exclusive and continuous for more than five years and has resulted in that product configuration having acquired a secondary source-indicating significance with LRI's customers. LRI has extensively advertised the Photon® product configuration to its customers.

11. On information and belief, Defendant Bondic is a retail distributor of a variety of U.V. light curable bonding agent products including U.V. LED flashlights.

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 3
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

12. On information and belief, Defendant Bondic has since at least as early as July 2, 2015, offered to sell and sold LED flashlights substantially identical in appearance to that shown below to the public at www.notaglue.com.



13. Bondic incorporates an LED flashlight into its lighting product as depicted above. The LED flashlight is readily separable from the handle. An image of the Bondic LED light is also shown below, separated from the handle, as depicted on its website at notaglue.com. Bondic sells its products either with a handle as shown above, or without a handle as shown below.



14. The Defendant's products shown above (with or without a handle, collectively, the Bondic Lights) are substantially identical in external, nonfunctional appearance to LRI's Photon Micro-Light® products.

15. On information and belief, Defendant Bondic has been engaged in the sale of LED flashlights shown above in this Judicial District. Bondic operates its website, at least at notaglue.com, as an interactive shopping cart model allowing consumers to purchase them directly from the website. The website is generally directed to all consumers, including those in this district, and Bondic knows and intends that its products will be offered for sale and sold to consumers in this district.

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 4
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

16. Defendant Bondic was placed on notice of LRI's rights, by letter dated January 3, 2017, and with follow up correspondence thereafter. Defendant continued to advertise and sell the accused products thereafter, despite having such notice.

**CLAIM FOR RELIEF, COUNT I**

Violation of Consumer Protection Act

17. LRI repeats and realleges each and every allegation of the foregoing paragraphs as if recited herein.

18. The above described acts of Defendant Bondic constitute an unfair or deceptive act or practice and an unfair method of competition in the conduct of trade or commerce in violation of R.C.W. 19.86.020 *et seq.* that have infringed LRI's common law trademark rights and thereby injured LRI in its business and property.

19. LRI is further injured in that consumers are likely to be confused as to the source, sponsorship or affiliation and to purchase the Bondic Lights believing that they originated with LRI, were approved of by LRI, or were affiliated with LRI. Bondic is aware of LRI's trademark rights and knows and intends for such confusion to occur through its sale of substantially identical lights.

20. Bondic's offer for sale and sale of the Bondic Lights is directed to consumers widely throughout this state, thereby affecting the public interest. Bondic continues to do so despite notice, making it clear that Bondic's infringing actions will continue unless enjoined by this Court.

21. Defendant's aforesaid acts have been knowing, willful, and without Plaintiff's permission and have been intended to trade on LRI's goodwill in the State of Washington.

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 5
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CLAIM FOR RELIEF, COUNT II**

Federal Unfair Competition

22. LRI repeats and realleges each and every allegation of the foregoing paragraphs as if recited herein.

23. The sale of the Bondic Lights amounts to a false designation of origin, which is likely to confuse the public into believing that there is an affiliation, connection, or association between the source of the Bondic Lights and the source of LRI's products.

24. LRI is likely to be damaged by such confusion as to affiliation, connection, or association of the type described.

25. The Defendant's acts have been knowing, willful, and without LRI's prior knowledge or consent and are therefore a violation of the Plaintiff's rights under 15 U.S.C. § 1125(a) [§ 43(a) of the Lanham Act].

**CLAIM FOR RELIEF, COUNT III**

Registered Trademark Infringement

26. LRI repeats and realleges each and every allegation of the foregoing paragraphs as if recited herein.

27. Since at least as early as 1994, LRI has distributed its Photon® brand LED flashlights. LRI has distributed millions of its Photon® products throughout the United States. LRI's Photon® product configuration is primarily non-functional.

28. David Allen has applied for registration of his trademark in the Photon® product configuration in compliance with 15 U.S.C. § 1051(a) [Lanham Act § 1(a)] and was granted U.S. trademark registration No. 2,791,033 on December 9, 2003. Plaintiff LRI is the exclusive licensee of Mr. Allen's rights under the '033 trademark registration including the exclusive right to enforce the registration by way of civil action. The '033 trademark registration is directed to

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 6
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

the external appearance of a lighting device as shown in the image below, taken from the '033 registration.



29. Defendant Bondic has made (or caused others to make for it) and/or purchased and imported lighting products for the purpose of duplicating the product configuration as shown in the '033 registration for resale by Defendant Bondic so as to confuse the relevant purchasing public as to the source, sponsorship, or affiliation of Defendant's LED flashlight product with the source, sponsorship, or affiliation of LRI's products and has offered for sale and sold said configuration in commerce regulated by Congress.

30. Defendant's acts were without the prior knowledge, permission, or consent of LRI and therefore violate LRI's exclusive rights under 15 U.S.C. § 1115.

31. In accordance with 15 U.S.C. §§ 1116 and 1117, LRI is entitled to an injunction against further infringement and an award for the actual damages it has suffered and all profits, gains, and advantages derived by the Defendant as a result of its infringement of LRI's rights under the registered trademark.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests the entry of a judgment by this Court against the Defendant providing:

(a) That the Defendant has violated the Washington State Consumer Protection Act, R.C.W. 19.86.020 et seq.;

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 7
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

(b) For an award of damages, together with interest, to compensate the Plaintiff for the Defendant's past acts of unfair competition and misidentification of origin, and that such an award be trebled, and for an award to Plaintiff of all of its costs and attorney's fees with respect thereto in accordance with R.C.W. 19.86.090;

(c) That the Defendant has violated § 43(a) of the Lanham Act;

(d) That the Defendant, its respective agents, servants, employees, attorneys, and all other persons in active concert or in participation with each Defendant be preliminarily and permanently enjoined and restrained from making any false designation of origin which is likely to confuse the public, or cause mistake, or to deceive the public as to believing that there is an affiliation, connection, or association of the Defendant with the Plaintiff by virtue of similarities between the Defendant's Bondic Lights and the Plaintiff's LED flashlights;

(e) For an award of damages in accordance with 15 U.S.C. § 1117(a) including all of the Defendant's profits, damages sustained by the Plaintiff, and the costs of the action including a trebling of such damages and that the Court determine that this is an exceptional case and award the Plaintiff its reasonable attorney's fees;

(f) That the Defendant has infringed Plaintiff's registered trademark in its Photon® product configuration;

(g) That the Defendant, its respective agents, servants, employees, attorneys, and all other persons in active concert or in participation with the Defendant be preliminarily and permanently enjoined and restrained from selling or offering to sell in commerce the Defendant's Bondic Lights and substantially identical products and that this Court issue an order pursuant to 15 U.S.C. § 1116 requiring the Defendant to produce all LED flashlights made or used in violation of Plaintiff's exclusive trademark, and of all molds or other articles by means of which such LED flashlights may be reproduced for destruction and file and serve a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction;

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 8
LAUG-6-1860 - Trademark Complaint

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

(h)     For an award of the Plaintiff's actual damages and the Defendant's profits in accordance with 15 U.S.C. § 1117, together with interest as this Court considers just to compensate Plaintiff for the past infringement of its trademark in its Photon® product configuration and for an award to Plaintiff of all its costs with respect thereto in accordance with 15 U.S.C. § 1117; and

(i)     For other and further relief as is provided by law and that this Court deems just and equitable.

Respectfully submitted,

Lowe Graham Jones<sup>PLLC</sup>

Dated  10/13/2020

By: _____
John J. Bamert, WSBA #48,128
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Phone: (206) 749-9888
Email: bamert@LGJip.com

Counsel for Plaintiff Laughing Rabbit, Inc.

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION - 9
LAUG-6-1860 - Trademark Complaint

Lowe Graham Jones<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301