# I IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LASER BONDING TECH, INC.<br><br>Defendants. | Civil Action No.: 2:20-cv-1513-RSL<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |

THIS MATTER having come before the Court upon Defendant Laser Bonding Tech, Inc.'s Stipulated Motion for Extension of Time to Respond to Plaintiff's Motion to Compel, and the Court having considered the files and record contained herein, now, therefore, it is

ORDERED AND ADJUDGED that Defendant's Stipulated Motion for Extension of Time be granted, that Defendant withdraw its pending Notice of 30(b)(6) Deposition to Plaintiff until a later date as agreed upon by the parties, and that Defendant's response to Plaintiff's Motion to Compel shall be due on Wednesday, November 24, 2021.

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL - 1**

Bryana L. Blessinger
Goldberg Segalla LLP
222 W. Adams Street, Suite 2250
Chicago, IL 60606
Phone: 312-572-8413 / Fax: 312-572-8401
Email: bblessinger@goldbergsegalla.com

Error! Unknown document property name.

1  DATED this 15th day of November, 2021.

2

3  *[signature]*
Robert S. Lasnik
4  United States District Judge

5

6

7

8

9  Presented by:

10  */s/ Bryana L. Blessinger*

11  Bryana L. Blessinger (WSBA #: 42308)
Goldberg Segalla LLP
12  222 W. Adams Street, Suite 2250
Chicago, IL 60606
13  Phone: 312-572-8413 / Fax: 312-572-8401
Email: bblessinger@goldbergsegalla.com
14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL - 2**

Bryana L. Blessinger
Goldberg Segalla LLP
222 W. Adams Street, Suite 2250
Chicago, IL 60606
Phone: 312-572-8413 / Fax: 312-572-8401
Email: bblessinger@goldbergsegalla.com

**Error! Unknown document property name.**