UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LASER BONDING TECH, INC.,<br><br>    Defendant. | Case No. 20-1513RSL<br><br>ORDER DENYING MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES |

    This matter comes before the Court on the motion of Laughing Rabbit, Inc., to strike defendant's affirmative defenses. Dkt. # 9. In response, Laser Bonding Tech, Inc., filed an amended pleading which addresses the issues raise in the motion. Laughing Rabbit did not file a reply and has not moved to strike the amended defenses. The Court therefore denies plaintiff's motion to strike as moot.

    Dated this 22nd day of November, 2021.

                                                         /s/ Robert S. Lasnik
                                                       Robert S. Lasnik
                                                       United States District Judge

ORDER DENYING MOTION TO STRIKE - 1