UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LASER BONDING TECH., INC., a Canadian corporation,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-1513-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL** |

This matter came before the Court on Plaintiff Laughing Rabbit, Inc.'s ("LRI") motion to file under seal. Having read and considered all briefs and other matters presented in this matter, the Court hereby GRANTS Plaintiff LRI's motion to seal the following documents.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

- Defendant LBT's annual sales data (Regan Decl., Ex. 8)

- Plaintiff LRI's annual tax returns (Riggs Decl., Ex. 2)

- Unredacted declaration of Cyndee Riggs discussing specific numbers in LRI's tax returns and financial information

ORDER GRANTING MOTION TO FILE UNDER SEAL - 1
Civil Action No. 2:20-cv-1513-RSL

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
206.669.2402
206.601.5180

1  **IT IS SO ORDERED.**

2  Dated this 15th day of June, 2022.

3

4  *[signature]*
   Robert S. Lasnik
5  United States District Judge

6

7  *Presented by:*
8  BAMERT REGAN

9

10 s/ John J. Bamert
   John J. Bamert, WSBA No. 48128
11 Bamert@BamertRegan.com
   206.669.2402
12
   Kevin E. Regan, WSBA No. 44565
13 Regan@BamertRegan.com
   206.601.5180
14
15 113 Cherry St, Unit 55215
   Seattle, Washington 98104
16
17 *Counsel for Plaintiff Laughing Rabbit, Inc.*

ORDER GRANTING MOTION TO FILE UNDER SEAL - 2
Civil Action No. 2:20-cv-1513-RSL

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
206.669.2402
206.601.5180