UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LASER BONDING TECH., INC., a Canadian corporation,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-1513-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES IN MAKING MOTION TO COMPEL** |

　　　This matter comes before the Court on "Plaintiff's Motion for Attorney Fees in Making Motion to Compel." Dkt. # 24. Pursuant to Fed. R. Civ. P. 37(a)(5)(A), if a motion to compel is granted "or if the disclosure or requested discovery is provided after the motion was filed[,] the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." None of the exceptions to an award of fees applies here: plaintiff attempted in good faith to meet and confer regarding the information being withheld, defendant's decision to withhold information because

it was unhappy with plaintiff's discovery responses was entirely unjustified, and there are no other circumstances that would make an award of fees unjust.

For all of the foregoing reasons, plaintiff's motion for attorney's fees is GRANTED. Within ten days of this Order, defendant Laser Bonding Tech., Inc., shall remit to plaintiff Laughing Rabbit, Inc., payment in the amount of $2,920.00.

Dated this 1st day of July, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEY FEES IN MAKING MOTION TO COMPEL - 2
Civil Action No. 2:20-cv-1513-RSL