UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LASER BONDING TECH, INC.,<br><br>    Defendant. | Cause No. C20-1513RSL<br><br>ORDER CONTINUING CASE MANAGEMENT DEADLINES AND STRIKING JURY TRIAL |

This matter comes before the Court on "Plaintiff's Motion to Modify Scheduling Order." Dkt. # 39. Plaintiff requests that the remaining motions in limine and trial-related dates be continued for two reasons: (1) its pending motion for partial summary judgment may narrow or simplify the issues in the case and (2) its lead counsel will be on parental leave following the birth of his first child in mid-August. Plaintiff also requests that any new case management order entered in this case reflect that the matter will be tried to the Court rather than to a jury. Defendant has not opposed or otherwise responded to the motion.

The motion is GRANTED. All remaining case management deadlines are hereby STRICKEN. The parties shall, within fourteen days of the entry of an order on the pending

//

ORDER CONTINUING CASE MANAGEMENT
DEADLINES AND STRIKING JURY TRIAL - 1

motion for partial summary judgment, jointly propose a new trial date for the above-captioned matter. The amended case management order will indicate a bench trial.

For all of the foregoing reasons, plaintiff's motion (Dkt. # 39) is GRANTED.

Dated this 19th day of July, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING CASE MANAGEMENT
DEADLINES AND STRIKING JURY TRIAL - 2