UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>LASER BONDING TECH, INC.,<br><br>        Defendant. | Cause No. C20-1513RSL<br><br>ORDER |

This matter comes before the Court on "Plaintiff's Motion to Strike Defendant's Letter to the Court." Dkt. # 47. The motion is DENIED. While the letter has no legal import (the pending motion for partial summary judgment is unopposed and there has been no request for an extension of the response deadline), the letter may remain in the record for informational purposes.

Dated this 19th day of July, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1