# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAUGHING RABBIT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LASER BONDING TECH, INC.<br><br>Defendant. | Civil Action No. 2:20-CV-1513-RSL<br><br>**ORDER ACCEPTING DEFENDANT'S LATE-FILED OPPOSITION AND RENOTING MOTION FOR SUMMARY JUDGMENT** |

This matter comes before the Court on defendant's motion for an extension of time in which to oppose plaintiff's motion for summary judgment. Dkt. # 50. While there is some indication that defendant is not taking seriously its obligations as a litigant in federal court, the Court declines to adjudicate intent in the context of this motion. Because a catastrophic server disruption is a legitimate excuse for a late filing and because this Court prefers to resolve disputes on their merits, the motion for an extension of time is GRANTED. The Clerk of Court is directed to re-docket Dkt. # 51 as defendant's response to the pending motion for summary judgment and to renote the motion for summary judgment, Dkt. # 31, on the Court's calendar for

1 | Friday, August 12, 2022. Plaintiff's reply is due on or before the note date.

2

3

4 |     Dated this 8th day of August, 2022.

5

6 | *Robert S. Lasnik* (signature)
Robert S. Lasnik

7 | United States District Judge