UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> LASER BONDING TECH., INC., <br><br> Defendants. | Cause No. C20-1513RSL <br><br> ORDER GRANTING LEAVE TO WITHDRAW |

This matter comes before the Court on "Goldberg Segalla LLP's Motion to Withdraw as Counsel for Defendant Laser Bonding Tech, Inc." Dkt. # 67. The motion complies with the procedural requirements of LCR 83.2(b), and Goldberg Segalla has shown good cause for the withdrawal. The motion is therefore GRANTED. Todd M. Thacker is no longer counsel of record for defendant. The Clerk of Court is directed to terminate counsel's participation in this case and to include defendant's contact information in Canada, as specified in Dkt. # 67 at 3, in the docket.

Defendant has been and is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Defendant shall have twenty-one days from the date of this Order in which to retain new counsel. The Clerk of Court is

ORDER GRANTING LEAVE TO WITHDRAW - 1

directed to note this appearance deadline on the Court's calendar for Friday, September 15, 2023. If a timely notice of appearance is not filed, default will be entered against Laser Bonding Tech., Inc..

Dated this 17th day of August, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2