UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., <br><br>                               Plaintiff, <br><br>v. <br><br>LASER BONDING TECH., INC., <br><br>                               Defendant. | Case No. 2:20-cv-1513-RSL <br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS DEFENSE COUNSEL |

Good cause being shown for defense counsel to withdraw, and no prejudice being found against Plaintiff, this court GRANTS the motion to withdraw.

DATED this 10th day of September 2024.

IT IS SO ORDERED.

_____
Robert S. Lasnik
United States District Court Judge

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS DEFENSE COUNSEL

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

Respectfully submitted,

TBILLICK LAW<sup>PLLC</sup>

By_____

Tim J. Billick, WSBA No. 46690
tim@tbillicklaw.com
600 First Ave
Seattle, WA  98101
206.494.0020

*Withdrawing Attorney for Defendant*

ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW AS DEFENSE COUNSEL



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com