UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>LASER BONDING TECH., INC.,<br><br>                   Defendant. | Case No. 2:20-cv-1513-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY ALL CASE DEADLINES 90 DAYS |

Good cause being shown for Defendant to find new counsel; and no prejudice being found against Plaintiff, this court GRANTS Defendant's request for a 90-day stay on all case deadlines.

DATED this 10th day of September 2024.

IT IS SO ORDERED.

_Mnt S Lasnik_
_____
Robert S. Lasnik
United States District Court Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO STAY ALL CASE DEADLINES 90 DAYS

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1

2        Respectfully submitted,

3        TBILLICK LAW PLLC

4

5        By _____

6        Tim J. Billick, WSBA No. 46690

7        tim@tbillicklaw.com

8        600 First Ave
         Seattle, WA  98101

9        206.494.0020

10       *Withdrawing Attorney for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO STAY ALL CASE DEADLINES 90 DAYS



TBILLICK
LAW
600 1ˢᵗ Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com