UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>LASER BONDING TECH., INC.,<br><br>           Defendant. | CASE NO. 2:20-cv-01513-RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On September 9, 2024, defense counsel was granted leave to withdraw and all case management deadlines were stayed for 90 days to allow defendant to retain new counsel. Dkt. # 84 and # 85. The stay has expired by its own terms, and plaintiff filed motions in limine on December 19, 2024. Defendant remains unrepresented.

A corporation or other artificial entity must be represented by licensed counsel in federal court proceedings. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel.... [T]hat rule applies equally to all artificial entities."); *see also* LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel."). A business entity that fails to appear in

ORDER TO SHOW CAUSE - 1

federal court through counsel may have default and default judgment entered against it. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Defendant is directed to show cause by Friday, January 10, 2025, why default should not be entered against it. The Clerk of Court is directed to note this order on the Court's calendar for consideration on that date.

DATED this 20th day of December, 2024.

Robert S. Lasnik
United States District Judge