UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUGHING RABBIT, INC.,

          Plaintiff,

    v.

LASER BONDING TECH., INC.,

          Defendant.

CASE NO. 2:20-cv-01513-RSL

ORDER OF DEFAULT

On December 20, 2024, defendant was ordered to show cause why default should not be entered against it for failure to appear in federal court through counsel. Dkt. # 88. No response having been made, the Court finds that defendant Laser Bonding Tech., Inc. is in default. Plaintiff's motions *in limine*, plaintiff's motion to compel, and all pending case management deadlines are hereby STRICKEN. Plaintiff shall have 60 days from the date of this Order to move for default judgment.

Dated this 13th day of January, 2025.

                                                Robert S. Lasnik
                                                United States District Judge

ORDER OF DEFAULT - 1