1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   LAUGHING RABBIT, INC., an Oregon
    corporation,

10                          Plaintiff,

11              v.

12  LASER BONDING TECH., INC., a
    Canadian corporation,

13                          Defendant.

Civil Action No. 2:20-cv-1513-RSL

**ORDER GRANTING PLAINTIFF'S MOTION
TO FILE UNDER SEAL**

14      This matter came before the Court on Plaintiff Laughing Rabbit, Inc.'s ("LRI") motion to

15  file under seal. Having read and considered all briefs and other matters presented in this matter,

16  the motion is hereby GRANTED. The following documents shall remain under seal:

17          • Unredacted Motion for Default Judgment (Dkt. # 96);

18          • Unredacted Declaration of David Allen and Exhibits 1–3 thereto that are settlement

19  offers discussed in the declaration (Dkt. # 97);

20          • Unredacted Declaration of Cyndee Riggs, which includes information pertaining to

21  LRI advertisement expenditures (Dkt. # 98); and

22          • Unredacted Declaration of John J. Bamert, Esq. and Exhibits 2 and 9–12 thereto,

23  which include confidential information of Defendant Laser Bonding Tech., Inc. and

24

discusses such numbers in the declaration, as well as discusses confidential information of LRI in such declaration (Dkt. # 99).

Dated this 7th day of April, 2025.

*Robert S Lasnik*

Robert S. Lasnik
United States District Court Judge

ORDER GRANTING
MOTION FOR TO FILE UNDER SEAL - 2