# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LASER BONDING TECH, INC.,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:20-cv-01513-RSL |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　　Default judgment is entered in favor of plaintiff Laughing Rabbit, Inc., against defendant Laser Bonding Tech, Inc., as follows:

　　　Statutory damages in the amount of $2,000,000 are awarded to plaintiff pursuant to 15 U.S.C. § 1117(c) because the record shows that defendant willfully committed counterfeiting of plaintiff's registered Photon® product configuration. Such statutory damages are reasonable in light of defendant's profits on sales of the counterfeit lights of approximately $6,000,000 and plaintiff's damages in the form of lost sales of approximately $9,750,000.

　　　Attorney's fees in the amount of $170,377.24 are awarded to plaintiff pursuant to 15 U.S.C. § 1117(a) and RCW § 19.86.090.

　　　Costs in the amount of $1,525.25 are awarded to plaintiff pursuant to 15 U.S.C. § 1117(a).

Defendant, its officers, directors, and assigns are permanently enjoined, pursuant to 15 U.S.C § 1116, from any offering for sale, disposition, advertisement, or sale of any lights that embody the product configurations or styles, as well as any lights substantially similar thereto, with or without other components, such as a light holder, container of adhesive, keychain clip, or case for such components, as set forth in the Court's order of April 22, 2025.

DATED this 23rd day of April, 2025.

RAVI SUBRAMANIAN,
Clerk of the Court

By: ___/s/ Victoria Ericksen___
          Deputy Clerk